Jeffrey B. Maltzman, CA Bar No. 131758
Edgar R. Nield, CA Bar No. 135018
Gabrielle De Santis Nield, CA Bar No. 110930
MALTZMAN & PARTNERS, P.A.
681 Encinitas Boulevard, Suite 315
Encinitas, CA 92024
Telephone: (760) 942-9880
Facsimile:  (760) 942-9882
jeffreym@maltzmanpartners.com
edn@maltzmanpartners.com
gabn@maltzmanpartners.com

Attorneys for Defendant, PRINCESS CRUISE LINES, LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AUTSIN, WYONNIE AUSTIN, KENNETH NICKENS and LUCILLE NICKENS,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>Defendants. | CASE NO.: 2:20-CV-02531-DSF-RAO<br><br>**DEFENDANT'S NOTICE OF RELATED CASES**<br><br>Judge: Hon. Dale S. Fischer<br>Magistrate: Hon. Rozella A. Oliver<br>Filed:  03/17/2020 |

Please take Notice that pursuant to Local Rule 83-1.3.1 and/or 83-1.4.1 of the Local Rules for the United States District Court, Central District of California, Defendant PRINCESS CRUISE LINES LTD. (PRINCESS) hereby provides notice that the instant case (caption above) is related to the Earlier Filed Related Case: *Weissberger V. Princess Cruise Lines Ltd*, No. 2:20-CV-02267-RGK-SK (C.D. Cal., filed March 3, 2020).

## Reasons the Cases are Related

Both *Austin* and *Weissberger* arise from a coronavirus outbreak onboard the passenger cruise ship Grand Princess. *Austin* is related to the earlier filed

*Weissberger* case because both Complaints allege the exact same causes of action (negligence and gross negligence), against the exact same defendant (Princess Cruise Lines Ltd.), stemming from the exact same incident (coronavirus outbreak on the Grand Princess), on the exact same voyage, alleging the exact same purported "injury" (emotional distress). Neither the Plaintiffs in *Austin* nor Plaintiffs in the earlier filed *Weissberger* matter are alleged to have actually contracted the virus during their cruise. Both Complaints were filed by the same law firm and the two Complaints are **verbatim identical** with only the names and locations of the Plaintiffs changed.[1] Both Complaints allege the exact identical set of operative facts and include the exact same prayer for relief.

Thus, the cases are related, based upon the same facts and invoking the same legal theories and the same legal claims and Defendant PRINCESS would request that this matter be transferred the Honorable Judge Gary Klausner who is presiding over the Earlier Filed Case *Weissberger v. Princess Cruise Lines Ltd.,* Case Number 2:20-CV-02267-RGK-SK (C.D. Cal., filed March 3, 2020). Accordingly, assignment to a single District Judge is likely to effect a significant saving of judicial effort and other economies and avoid inconsistent decisions.

DATED: March 24, 2020            MALTZMAN & PARTNERS

By:   *s/ Jeffrey B. Maltzman*
      Jeffrey B. Maltzman
      Edgar R. Nield
      Gabrielle De Santis Nield
      *Attorneys for Defendant,*
      *Princess Cruise Lines Ltd.*

---

[1] The *Austin* Plaintiffs allege that they were in quarantine on shore at the time of filing, whereas the *Weissberger* Plaintiffs allege they were still onboard the ship awaiting transfer to quarantine on shore when they filed their lawsuit. This distinction is not relevant to any issue and both Plaintiffs were ultimately transferred to quarantine ashore.